**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

     vs.                                      CASE NO: 8:08-CR-26 -T-24MSS

**LUIS A. COSSINO**
   aka Cossio
      Defendant

**ORDER**

This cause comes before the Court on Defendant's Motion to Suppress. (Doc. No. 27). The Government opposes this motion. (Doc. No. 29). The Court held a hearing on this motion on May 22, 2008 at which Defendant Cossio, Polk County Deputy Cory Hover and Polk County Deputy Cory Lanier testified. Defendant Cossio seeks to suppress evidence found in the search of a house located at 1380 36th Street Northwest, Winter Haven, Florida on September 26, 2007. The Government argues that Defendant Cossino aka Cossio (Cossio) does not have standing to contest the search. Defendant Cossio has the burden to prove that he has standing to contest the search.

Defendant Cossio is charged with knowingly and intentionally conspiring with others to manufacture 100 or more marijuana plants, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and §841(b)(1)(B)(vii), and knowingly and intentionally manufacturing 100 or more marijuana plans, in violation of 21 U.S.C § 841(a)(1) and §841(b)(1)(B)(vii), and 18 U.S.C. §2.

Having considered the motion to suppress, the Government's response, and the credibility of witnesses who testified at the hearing, the Court finds that Defendant Cossio does not have standing to contest the search of the house located at 1380 36th Street Northwest, Winter Haven, Florida. The house was owned by Defendant's brother, Raul Santana. Defendant, who was one of three individuals located in the house, a marijuana grow house, actually lives at another residence in Haines City Florida. Although the Defendant claimed to have stayed overnight at the house the night before the search, the Court finds his testimony in this respect not to be credible.

Accordingly, it is ORDERED that Defendant's Motion to Suppress Evidence (Doc. No. 27) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 23th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge